# ATTORNEY AFFIDAVIT

State of Ohio           }
                        } ss:
County of Franklin      }

Now Comes Affiant, Being Duly Cautioned and Warned and Hereby Attests to the Following:

1. My name is Kenneth R. Donchatz, and I am an attorney, duly licensed by the Bar of Ohio (atty. reg. no. 0062221). I am of legal age, sound mind and otherwise competent to make this Affidavit. I have personal knowledge of each fact contained in this affidavit.

2. I am counsel for the Plaintiff in this case. As counsel, I served a copy of this Complaint, the Summons, and the Certificate of Service upon the United States Attorney for the Southern District of Ohio on February 24, 2015.

Further Affiant Sayeth Naught

_____
Kenneth R. Donchatz

Sworn and ascribed before me this 24th day of February, 2015.

_____
Notary

Barry Booso
Notary Public, State of Ohio
My Commission Expires 07-21-2018

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Complaint and written disclosure of substantially all material evidence and information Relator possesses has been served on the Government as provided in FRCP 4.

Dated February 24 2015

_____
Kenneth R. Donchatz